___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

NOV - 9 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

07-CV-01503-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES LEE BIBBS, ) Case No. C07-1503-JLR-JPD
)
Petitioner, )
)
v. )
) ORDER OF DISMISSAL
RENTON CITY JAIL OF WASHINGTON, )
)
Respondent. )
_____ )

The Court, after careful consideration of petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, the governing authorities and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2254 petition is DENIED and this case DISMISSED without prejudice.

(3) The Clerk is directed to send copies of this Order to all counsel of record and to Judge Donohue.

DATED this 9th day of November, 2007.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING § 2254 PETITION